# United States Court of Appeals

## For the First Circuit

No. 04-1363

STATE OF MAINE,
Petitioner,

v.

STEPHEN L. JOHNSON, Administrator,
United States Environmental Protection Agency,
Respondent.

_____

PENOBSCOT NATION, ET AL.,
Respondents, Intervenors.

_____

No. 04-1375

PENOBSCOT NATION, ET AL.,
Petitioners,

v.

ENVIRONMENTAL PROTECTION AGENCY,
Respondent.

_____

STATE OF MAINE, ET AL.,
Intervenors.

_____

ERRATA

The opinion of this Court, issued on August 8, 2007, should be amended as follows:

On page 10, line 6 of 2nd paragraph, ", ©);" should be replaced with ", (c);".

On page 15, line 4 of 2nd paragraph, delete period after "(1st Cir. 1999)" and insert ", cert. denied, 527 U.S. 1022 (1999).".